**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

| | |
|---|---|
| In Re: | Case No. 18-23551 |
| Karen Taylor Greene<br>   *fka* Karen Taylor | Chapter 7 |
| Debtor. | Judge Thomas J. Catliota |

**REQUEST FOR SERVICE OF NOTICES PURSUANT TO FED.R.BANKR.P. 2002(g)**

   Please take notice that D. Anthony Sottile, as authorized agent for Home Point Financial Corporation, a creditor in the above-captioned case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure and §§102(1), 342 and 1109(b) of title 11 of the United States Code, and 11 U.S.C. §§ 101, et seq., that all notices given or required to be given and all papers served or required to be served in this case also be given to and served, whether electronically or others on:

  D. Anthony Sottile
  Authorized Agent for Home Point Financial Corporation
  394 Wards Corner Road, Suite 180
  Loveland, OH 45140
  Phone: 513.444.4100
  Email: bankruptcy@sottileandbarile.com


Dated: November 12, 2018   /s/ D. Anthony Sottile
                D. Anthony Sottile
                Authorized Agent for Creditor
                Sottile & Barile, LLC
                394 Wards Corner Road, Suite 180
                Loveland, OH 45140
                Phone: 513.444.4100
                Email: bankruptcy@sottileandbarile.com

## **CERTIFICATE OF SERVICE**

I certify that on November 12, 2018, a copy of the foregoing Request for Service of Notices was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

    Lillie Price Wesley, Debtor's Counsel
    lillie_pricewesley@hotmail.com

    Merrill Cohen, Chapter 7 Trustee
    trustee@cohenbaldinger.com

    Office of the United States Trustee
    (registeredaddress)@usdoj.gov

I further certify that on November 12, 2018, a copy of the foregoing Request for Service of Notices was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Karen Taylor Greene, Debtor
    6415 Northam Road
    Temple Hills, MD 20748

    /s/ D. Anthony Sottile
    D. Anthony Sottile
    Authorized Agent for Creditor
    Sottile & Barile, LLC
    394 Wards Corner Road, Suite 180
    Loveland, OH 45140
    Phone: 513.444.4100
    Email: bankruptcy@sottileandbarile.com